**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: May 13, 2022**

Hon. Catherine J. Furay
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:

Raymond J. Harris
Mary Lou Harris,

Debtors.

Case No. 1-20-11582-cjf

Chapter 13

ORDER TERMINATING STAY

This matter having come on before this Court upon a notice and motion for relief from stay which was filed with this court on or about April 7, 2022; and

It appearing from the certificates of service filed with this Court that those entitled to notice received notice of the motion; and

Such notice required that any interested party wishing to object to said motion must have done so in writing no later than April 21, 2022; and

It appearing that no objection or request for hearing was timely filed with this Court as required by the notice; and

This Court being satisfied that the creditor, Share Advantage Credit Union, is entitled to relief from the automatic stay.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

The automatic stay in this matter as it applies to the above-named creditor, and its interest in the real property described in its proof of claim be and hereby is lifted.