UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

IN RE:

RAYMOND J. HARRIS
And
MARY L. HARRIS,

CASE NO.: 20-11582-cjf
CHAPTER 13

DEBTOR.

## MOTION TO WITHDRAW AS COUNSEL FOR DEBTORS

Undersigned counsel, as attorney for the debtors, Raymond Harris and Mary Harris, hereby moves the Court for entry of an Order permitting the withdrawal of Nathan M. Cockerham as attorney for the debtors and states:

1. Irreconcilable differences have arisen between counsel and the debtor which require the withdrawal of counsel.

**WHEREFORE,** undersigned counsel requests that the Court enter permitting the withdrawal of undersigned counsel.

Dated this 21st day of July, 2022.

**LEDIN, OLSON & COCKERHAM, S.C.**
Attorneys for the Debtors

By: _____
Nathan M. Cockerham, #1067913
1109 Tower Ave.
Superior, WI 54880
(715) 394-4471
ncockerham@loclaw.net

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

IN RE:

RAYMOND J. HARRIS
and
MARY L. HARRIS,

DEBTOR.    CASE NO.: 20-11582
CHAPTER 13

## 14 DAY NOTICE TO OBJECT

Nathan M. Cockerham, counsel for the debtors, has filed a Motion to Withdraw as Counsel for Debtors and unless there is an objection, the Court will enter an Order Allowing the Withdrawal of Nathan M. Cockerham as Counsel for the Debtors:

**PLEASE TAKE NOTICE** that you must object or request a hearing on or before August 4, 2022 if you object to the Motion to Withdraw as Counsel. Any objection or request for hearing that you file must be filed with the Court at the address listed below. If no objection or request for hearing is filed, the Court may enter an Order Allowing the Withdrawal of Nathan M. Cockerham as Counsel for the Debtors without a hearing.

The Court's Address is:

U.S. Bankruptcy Court
120 N. Henry, Room 340
Madison, WI 53701-054

Dated this 21st day of July, 2022.

LEDIN, OLSON & COCKERHAM, S.C.
Attorneys for the Debtors

BY: _____
Nathan M. Cockerham, #1067913
1109 Tower Avenue
Superior, WI 54880
(715) 394-4471
ncockerham@loclaw.net

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

IN RE:

RAYMOND J. HARRIS
and
MARY L. HARRIS,

DEBTOR.                                    CASE NO.: 20-11582
                                           CHAPTER 13

PROOF OF SERVICE

STATE OF WISCONSIN  )
                    )ss.
DOUGLAS COUNTY      )

The undersigned, being first duly sworn on oath, deposes and states as follows:

1. The Motion to Withdraw as Counsel for Debtors and 14 Day Notice to Object were served upon the following:

   Mr. Mark Harring
   131 W. Wilson Street, Suite 1000
   Madison, WI 53703-3260

   U.S. Trustee's Office
   Suite 304
   780 Regent Street
   Madison, WI 53715

   Share Advantage Credit Union
   c/o Mr. Robert Kanuit
   Fryberger, Buchanan, Smith & Frederick, P.A.
   302 West Superior Street, Suite 700
   Duluth, MN 55802

   Raymond & Mary Harris
   1821 E. 4th Street
   Superior, WI 54880

2. Service was effected through electronic filing and U.S. mail.

Further your affiant sayeth naught.

_____
Wendy Rahko

Subscribed and sworn to before me
This 21st day of July, 2022

_____
Notary Public, State of Wisconsin
My commission expires: 9/N/24

