# LEDIN, OLSON & COCKERHAM, S.C.

ATTORNEYS AT LAW

| | | |
|---|---|---|
| STEVEN J. LEDIN<br>STEPHEN J. OLSON*<br>NATHAN M. COCKERHAM<br>LUCAS A. WYSHNYTZKY*<br>SUZANNE M. BLANK*<br>*Also admitted in Minnesota | 1109 TOWER AVENUE<br>SUPERIOR, WISCONSIN 54880 | TELEPHONE<br>(715) 394-4471<br><br>FAX<br>(715) 394-3889 |

*IN MEMORIAM:*
STEPHEN R. BICK (1951 - 2014)
FORREST O. MAKI (1947 – 2020)

July 29, 2022

Honorable Catherine J. Furay
Chief Judge                                   **VIA EFILE ONLY**
U.S. Bankruptcy Court
Western District of Wisconsin
120 N. Henry Street, Room 340
Madison, WI 53703

Re:     Raymond J. Harris & Mary Lou Harris
        Case No: 20-11582-cjf

Dear Judge Furay:

I had an appointment set up with the debtors to meet with me on Tuesday, July 26. Mr. and Mrs. Harris did not show up for that appointment. I received a voicemail on July 28 indicating that the Harris had received a copy of my Motion to Withdraw as counsel for them, and that Raymond is okay with that, and that he is in the process of finding a new attorney.

He also requested that there not be any "movement on the case, until he gets a new attorney." This is the only action I am taking in this matter. I wanted to relay this to the Court so that it was aware that the debtors are attempting to retain another attorney. Thank you for your attention to the foregoing.

Sincerely,

Nathan M. Cockerham
NMC:wr
ncockerham@loclaw.net

cc:     Raymond and Mary Lou Harris